UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00317-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE BENEDICTO JOSE-ZACARIAZ, a/k/a Fernando Juan Gomez, a/k/a Raul Hernandez-Gomez, a/k/a Jose Rodriguez-Roman,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, September 7, 2007,** and responses to these motions shall be filed by **Friday, September 21, 2007.** It is

    FURTHER ORDERED that counsel will request a hearing on all pending motions, if any, and final trial preparation conference if necessary**.** It is

    FURTHER ORDERED that a 5-day jury trial is set for **Tuesday, October 9, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated: August 8, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge