IN THE UNITED STATES DISTRICT COURT
                            FOR THE DISTRICT OF COLORADO
                                JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | April 25, 2008 | Probation: | Lisa Pence |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Marcela Salazar |
| E.C.R./Reporter: | Kara Spitler | | |

| | |
|---|---|
| Criminal Case No: **07-cr-00317-WYD** | Counsel: |
| UNITED STATES OF AMERICA, | Roxane J. Perruso |
| Plaintiff, | |
| v. | |
| **1. JOSE BENEDICTO JOSE-ZACARIAZ,** a/k/a Fernando Juan Gomez, a/k/a Raul Hernandez-Gomez, a/k/a Jose Rodriguez-Roman, | Edward A. Pluss |
| Defendant. | |

                                     **SENTENCING**

| | |
|---|---|
| **10:11 a.m.** | Court in Session - Defendant present (in-custody) |
| | **Change of Plea Hearing - February 5, 2008, at 9:00 a.m.**<br>**Plea of Guilty - counts one, two, and three of Indictment** |
| | APPEARANCES OF COUNSEL. |
| | Interpreter sworn (Spanish) |
| | Court's opening remarks. |
| 10:13 a.m. | Statement on behalf of Probation (Ms. Pence). |
| 10:14 a.m. | Statement on behalf of Government (Ms. Perruso). |

10:18 a.m.      Statement on behalf of Defendant (Mr. Pluss).

Court makes inquiries of Probation.

10:21 a.m.      Statement on behalf of Probation in response to Court's inquiries (Ms. Pence).

10:22 a.m.      Statement on behalf of Defendant (Mr. Pluss).

10:2 a.m.      Statement by Defendant on his own behalf (Mr. Jose-Zacariaz).

Court makes findings.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (#70 - 4/9/08) is **GRANTED.**

Order for Decrease for Acceptance of Responsibility is **APPROVED BY THE COURT.**

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (#72 - 4/9/08) is **GRANTED.**

Order for Downward Departure is **APPROVED BY THE COURT.**

**ORDERED:** Defendant be **imprisoned** for **42** months as to each of counts one, two and three; to run concurrently.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at a Federal Medical Center because of the uniqueness and seriousness of his medical issues.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years as to each of counts one, two, and three; to run concurrently.

**ORDERED: Conditions** of **Supervised Release** are:

(X)      Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)      Defendant shall not commit another federal, state or local crime.

      (X)      Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

      (X)      Defendant shall comply with standard conditions adopted by the Court.

      (X)      Defendant shall not unlawfully possess a controlled substance.

      (X)      The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) for supervised releases cases as the defendant is likely to be deported.

      (X)      The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**    **Special Condition(s)** of **Supervised Release** are:

      (X)      If the defendant is deported, he shall not re-enter the United States illegally. If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**    Defendant shall pay **$300.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**    **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**    Government's Motion to Dismiss Counts Four Through Nine of the Indictment (#71 - 4/9/08) is **GRANTED.**

                Order Dismissing Counts Four Through Nine is **APPROVED BY THE COURT.**

**ORDERED:**    Defendant is **REMANDED** to the custody of the U.S. Marshal.

**10:39 a.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 0:28**