IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00317-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JOSE BENEDICTO JOSE-ZACARIAZ,
    a/k/a Fernando Juan Gomez,
    a/k/a Raul Hernandez-Gomez,
    a/k/a Jose Rodriguez-Roman,

    Defendant.

---

**ORDER**

---

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED that Counts Four, Five, Six, Seven, Eight and Nine of the Indictment in the above-captioned case are dismissed.

Dated this 25th day of April, 2008.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        UNITED STATES DISTRICT JUDGE