IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00317-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. JOSE BENEDICTO JOSE-ZACARIAZ,

       Defendant,

## ORDER

The Court having considered the motion by the United States of America to downwardly depart pursuant to the defendants substantial assistance, it is hereby

ORDERED Government's Motion for Downward Departure is **GRANTED.**

So ORDERED, this 25th day of April, 2008.

                       BY THE COURT:

                       s/ Wiley Y. Daniel
                       WILEY Y. DANIEL,
                       UNITED STATES DISTRICT JUDGE